■ EDWIN A. DERTINGER, Appellant, v. PLUMBERS LOCAL UNION NO. 457 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA et al., Respondents.— In an action for injunctive and related relief, plaintiff appeals from two orders of the Supreme Court, Nassau County, entered July 30, 1973 and November 8, 1973, respectively, the first denying his motion for a preliminary injunction and the second resettling another order denying his motion for renewal and reargument of the original motion. Appeals dismissed as moot, without costs. The office of financial secretary-treasurer, for which appellant was a candidate, and the abolition of which he sought to enjoin by this action, has been abolished. Although we are dismissing the appeals for that reason, we considered appellant's points and, if the appeals were not moot, we would affirm the orders. Gulotta, P. J., Martuscello, Shapiro, Benjamin and Munder, JJ., concur.

■ RITA FOOTE, Appellant, v. WALTER J. FLOOD, as Warden of the Nassau County Jail, Respondent.— In a proceeding pursuant to article 78 of the CPLR to review a forfeiture of five days' "good time" credit in the Nassau County Jail, petitioner appeals from a judgment of the Supreme Court, Nassau County, entered October 26, 1973, which dismissed the petition. Judgment affirmed, without costs. Before petitioner was deprived of five days' jail time, an inquiry was conducted by the prison officials at which (1) the nature of her offense was explained to her, (2) she was informed of the evidence against her and (3) she was offered a reasonable opportunity to explain her activities. That is all that due process requires (*Sostre v. McGinnis*, 442 F. 2d 178, 198, 203). Latham, Acting P. J., Shapiro, Cohalan, Christ and Munder, JJ., concur.

■ CHARLES HASSON, Appellant, v. BERNICE REAVES et al., Respondents.— Appeal from an order of the Supreme Court, Kings County, dated July 16, 1973, which denied plaintiff's motion to reargue his previous motion to vacate a settlement and to restore the case to the trial calendar. Appeal dismissed, with $20 costs and disbursements to respondent Poindexter. No appeal lies from an order denying reargument of a prior motion. We have nevertheless considered appellant's points and, if we were not dismissing the appeal, we would affirm the order. Hopkins, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.